627 A.2d 1123

STATE OF NEW JERSEY v. STEVEN VAWTER
AND DAVID J. KEARNS.

March 12, 1993.

## ORDER

Certification to Superior Court, Law Division, Monmouth County, is granted.